UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE F. ROBINSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CREDIT CONTROL, LLC,<br><br>　　　　　Defendant. | CASE NO. 3:13-CV-01672-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS MEMBERS' CLAIMS WITHOUT PREJUDICE**<br><br>Date:　　March 12, 2014<br>Judge:　Hon. Dana M. Sabraw |

　　The Court, having received a Joint Motion To Dismiss Plaintiff's Individual Claims With Prejudice and The Putative Class Members' Claims Without Prejudice, and good cause appearing therefor, ORDERS that this case is dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class members' claims. The parties are to bear her/their own attorneys' fees and costs.

Dated: June 23, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Dana M. Sabraw
　　　　　　　　　　　　　　　　　　United States District Judge